# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCOTT MAXEY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>R. HILL, Warden,<br><br>　　　　Respondent. | Case No. ED CV 10-0235 MMM (JCG)<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: November 19, 2011

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. MARGARET M. MORROW
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE